# UNITED STATES DISTRICT COURT
for the
_Western_ District of _Virginia_

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
R/A
MAR 25 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Timothy Bakhari Motley ) | Case No: 7:94CR40106-019 |
| ) | USM No: 04938-084 |
| Date of Previous Judgment: May 15, 1995 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ **DENIED.** ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___432___ months **is reduced to** ___422*___ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: ___29___   Amended Offense Level: ___27___
Criminal History Category: ___V___   Criminal History Category: ___V___
Previous Guideline Range: ___140___ to ___175___ months   Amended Guideline Range: ___120___ to ___150___ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

* Defendant's total term of imprisonment of 422 months consists of 122 months as to counts 1, 19, 25, 27, 28, 29, 31, 33, and 40 to be served concurrently; 60 months as to count 32 to run consecutively; and 240 months as to count 34 to run consecutively. Furthermore, all of Defendant's imprisonment time is to run concurrently with his state sentence, as per the original judgment.

Except as provided above, all provisions of the judgment dated ___May 15, 1995___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3-25-08

Effective Date: ~~March 3, 2008~~ 4-7-08
(if different from order date)

Judge's signature

Senior United States District Judge Jackson L. Kiser
Printed name and title