CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
APR 21 2015
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
TIMOTHY BAKHARI MOTLEY ) Case No: 7:94CR40106-019
) USM No: 04938-084
Date of Previous Judgment: 09/20/2011 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __371__ months **is reduced to** __360 months*__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 21      Amended Offense Level: 19
Criminal History Category: V      Criminal History Category: V
Previous Guideline Range: 70 to 87 months      Amended Guideline Range: 60 to 71 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
*Defendant is sentenced to 360 months, but not less than time served. Defendant's sentence consists of: 60 months on Counts 1, 19, 25, 27, 28, 29, 31, 33, and 40, all to run concurrently; 60 months on Count 32, to run consecutively to all other counts; and 240 months on Count 34, to run consecutively to all other counts.

Except as provided above, all provisions of the judgment dated __09/20/2011__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 4/21/2015

Judge's signature: /s/ Jackson L. Kiser

Effective Date: 11/01/2015
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title