CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 28 2017
JULIA C. DUDLEY, CLERK
BY: /s/ H McDaniel
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:94-cr-40106-19 |
| v. | MEMORANDUM OPINION |
| TIMOTHY BAKHARI MOTLEY,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

Timothy Bakhari Motley, a federal inmate proceeding pro se, filed a motion to reduce sentence, citing Dean v. United States, 137 S. Ct. 1170 (2017), and 18 U.S.C. § 33582(c)(2). Motley does not identify an applicable sentencing range subsequently lowered by the United States Sentencing Commission, and § 3582(c)(2) is not triggered by Dean. Consequently, I find it more appropriate to treat the motion to reduce sentence invoking Dean as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. See United States v. Winestock, 340 F.3d 200, 203 (4th Cir. 2003) (noting a court may classify a pro se pleading per its contents and regardless of its caption).

Court records indicate that the court already dismissed (ECF No. 1037) a prior § 2255 motion (ECF No. 1035). Thus, this construed § 2255 motion is a second or subsequent motion under 28 U.S.C. § 2255(h). See Whiteside v. United States, 775 F.3d 180, 183-84 (4th Cir. 2014) (en banc) (noting changes in case law do not constitute new facts); cf. United States v. Hairston, 754 F.3d 258, 262 (4th Cir. 2014) (discussing the relevance of new facts).

I may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that a claim in the motion meets certain criteria. See 28 U.S.C. § 2255(h). As Petitioner has not submitted any evidence of having obtained that certification, I dismiss the construed § 2255 motion without prejudice as successive. Based upon my finding that Petitioner has not made the requisite substantial

showing of denial of a constitutional right as required by 28 U.S.C. § 2253(c) and <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000), a certificate of appealability is denied.

ENTER: This 28th day of September, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge