CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 28 2017

JULIA C. DUDLEY, CLERK
BY: /s/ H. McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:94-cr-40106-19 |
| v. | ORDER |
| TIMOTHY BAKHARI MOTLEY,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the construed motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1050) is **DISMISSED** without prejudice as successive, a certificate of appealability is **DENIED**, and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 28th day of September, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge