AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 19 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| TIMOTHY BAKHARI MOTLEY | ) Case No: 7:94CR40106-019 |
| | ) USM No: 04938-084 |
| Date of Previous Judgment: 04/21/2015 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360__ months **is reduced to** __301 months*__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __19__   Amended Offense Level: __19__
Criminal History Category: __V__   Criminal History Category: __V__
Previous Guideline Range: __60__ to __71__ months   Amended Guideline Range: __57__ to __71__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
The age of the offense and Defendant, along with the change in the law with regards to multiple 924(c) convictions, warrant a sentence below the applicable guidelines range.

### III. ADDITIONAL COMMENTS
*Defendant is sentenced to 301 months or time served, whichever is greater. Defendant's sentence consists of: 1 month on Counts 1, 19, 25, 27, 28, 29, 31, 33, and 40, all to run concurrently; 60 months on Count 32, to run consecutively to all other counts; and 240 months on Count 34, to run consecutively to all other counts.

Except as provided above, all provisions of the judgment dated __04/21/2015__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: June 19, 2019

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title